# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 204 WAL 2014
:
              Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
FRANK HUNTER BOWERS, :
:
         Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 1st day of October, 2014, the Petition for Allowance of Appeal is

**DENIED**.